<pre>
                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF NORTH CAROLINA
                              STATESVILLE DIVISION
                                5:12-cv-200-RJC
</pre>

| | |
|---|---|
| **JAMES DANIEL ERSPAMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **KELLY J. WARD, Deputy, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's complaint which is filed pursuant to 42 U.S.C. § 1983.

Plaintiff alleges that he was subjected to excessive force during his arrest in this district by officers with the Alexander County Sheriff's Department, and that he sustained several physical injuries. Plaintiff was later convicted in Alexander County Superior Court on two charges of assault with a deadly weapon on an officer and he was sentenced to a total term of just over 4-years imprisonment in the North Carolina Department of Public Safety.

According to the website of the North Carolina Department of Public Safety, Plaintiff was released from custody on June 12, 2014, however Plaintiff has not provided this Court with a current address such that this case may proceed. Plaintiffs have a general duty and responsibility to prosecute their cases, and this includes the obligation to provide the Court with a current address. See Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988). Federal Rule of Civil Procedure 41(b) provides as follows:

> (b) Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under

1

this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

The Clerk will be directed to send a copy of this Order to the last known address which is on file with the Court. Plaintiff is directed to send a copy of his present address within 14 days from entry of this Order and he is warned that failure to do so will result in dismissal of this civil action and without further notice.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall send a copy of this Order to Plaintiff's last known address.

2. Plaintiff shall provide his new address to the Clerk's Office within 14-days from entry of this Order.

3. Failure to provide a current address within 14-days from entry of this Order will result in dismissal of this civil action and without further notice.

**IT IS SO ORDERED.**

Signed: November 24, 2014

Robert J. Conrad, Jr.
United States District Judge