# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JAMES DANIEL ERSPAMER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-CV-00200-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| KELLY J. WARD | ) | |
| S. STARNES | ) | |
| D. D. MILLSAPS | ) | |
| R. LAIL | ) | |
| J. HAYES, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2014, Order.

Signed: December 18, 2014

Frank G. Johns, Clerk
United States District Court